AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 11964472

for the

District of Columbia

**RECEIVED**

By USMS  District of Columbia District Court at 3:14 pm, May 18, 2

United States of America
v.
Joquan Knight (AKA: N/A)

)
)
)
)
)
)

Case: 1:26-mj-00087
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 5/15/2026
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Joquan Knight                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252(a)(1),(a)(4)(B) (Transportation and Possession of Child Pornography).

Date:     05/15/2026

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 5/18/2026 , and the person was arrested on *(date)* 5/20/2026 at *(city and state)* Washington DC . |
| Date: 5/20/26 |

_____
*Arresting officer's signature*

Rusm        Kantda
*Printed name and title*